1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GREGORY L. HAMERTER,                                    No.  C 07-2168 SBA

        Plaintiff,                                    **ORDER**

  v.

SAFEWAY, INC.,

        Defendant.

_____

     Under Federal Rule of Civil Procedure 4, a plaintiff must serve a defendant with a copy of the summons and complaint within 120 days of filing a complaint.  Plaintiff Gregory L. Hamerter's complaint was filed on April 19, 2007, over four months ago.  When a plaintiff fails to properly serve a defendant within 120 days of filing the complaint, the Court "shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time."  FED. R. CIV. P. 4(m).

     Accordingly, Hamerter's complaint [Docket No. 1] is DISMISSED without prejudice.

     It is further ORDERED that Hamerter's application to proceed in forma pauperis [Docket No. 2] is DENIED as MOOT.

     IT IS SO ORDERED.

September 5, 2007                                    _Saundra B Armstrong_

                                                    Saundra Brown Armstrong
                                                    United States District Judge

1

2

3
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4

5
HAMERTER et al,

Case Number: CV07-02168 SBA

6
                    Plaintiff,

**CERTIFICATE OF SERVICE**

7
    v.

8
SAFEWAY INC et al,

9
                    Defendant.
_____/

10

11
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

12

13
That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

17
Gregory L. Hamerter
540 Jones Street, Apt 403
San Francisco,  CA 94102

18

Dated: September 5, 2007

19
                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28
                                2